Louis Paskin, Appellant, v. Ruth Paskin, Respondent.— Judgment in so far as it dismisses the complaint affirmed; and in so far as it grants defendant a separation upon her counterclaim reversed, without costs, and a new trial ordered on defendant's counterclaim. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Dan H. Arnold, Appellant, v. Potter, Hamilton & Butler, Inc., Respondent.— Judgment affirmed. Assuming that the question whether there was a loan to the defendant corporation, rather than an investment by the plaintiff, should have been submitted to the jury, the plaintiff failed to show that the loan was authorized by the defendant. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Margaret McAneny, Respondent, v. Clara Ellen Kayser and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Robert Szold, as Trustee in Bankruptcy of the Stuyvesant National Company, Inc., Respondent, v. Emanuel W. Kaiser, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Robert Szold, as Trustee in Bankruptcy of the Stuyvesant National Company, Inc., Respondent, v. Louis Kaiser, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant, appellant, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Wellington Bull & Co., Inc., Suing for Itself and in Behalf of All Other Holders of the Common Stock of the Industrial Finance Corporation Who Desire to Come in and Contribute to the Action, Appellant, v. Arthur J. Morris and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. [132 Misc. 509.]

Pequot Manufacturing Corporation, Appellant, v. The Equitable Life Assurance Society of the United States, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, Merrell, O'Malley and Proskauer, JJ.

Jennie Yanettello and Another, as Administratrices, etc., of Mariano Yanettello, Deceased, Respondents, v. New York Railways Corporation, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Raymond Bennett, Respondent, v. Lehigh Valley Railroad Company, Defendant, Impleaded with Delaware and Hudson Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

George Kurz, Appellant, v. Elsie Kurz, Respondent.— Judgment reversed and a new trial ordered, on the ground that the findings are against the weight of the evidence. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.